Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Balwinder Singh **Case Number:** 0101 1:24-cr-10044-MJJ-2

**Name of Sentencing Judicial Officer:** Honorable Myong J. Joun, U.S. District Judge

**Date of Original Sentence:** October 30, 2025

**Original Offense:** Conspiracy to Commit Visa Fraud, in violation of 18 U.S.C. § 371

**Original Sentence:** Time served followed by 2 years supervised release

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** October 30, 2025

---

## PETITIONING THE COURT

[ X ] To modify the conditions of supervision as follows:

The defendant shall participate in an outpatient drug treatment program approved by the U.S. Probation Office. The defendant shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the U.S. Probation Office's Sliding Scale for Substance Abuse Treatment Services and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

The defendant shall disclose all financial information and documents to the U.S. Probation Office to assess their ability to pay.

The defendant shall not consume any alcohol or other intoxicants during and after treatment, unless granted a prescription by a licensed physician and proof of same is provided to the U.S. Probation Office.

The defendant shall submit to testing during and after treatment to ensure abstinence from drugs and alcohol.

## CAUSE

Mr. Singh is supervised by the Eastern District of New York, who requested the above modification and provided the following information in support of the request:

As cited in his presentence report, Mr. Singh has a history of past substance abuse and reported being on Suboxone. In a recent urine screening, his initial result was positive for the presence of cocaine, however, the national results were negative. When questioned about the results, Mr. Singh denied any use but reported consuming part of a beer while at work. As noted above, Mr. Singh reported only medication-assisted treatment with a local non-contract treatment provider.

| | | |
|---|---|---|
| Prob 12B | - 2 - | **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender** |

The Eastern District in New York Probation Office requests to add conditions for contract treatment and testing to better monitor a potential substance use disorder.

Reviewed/Approved by:

*/s/ Andrew R. Kessler-Cleary*
Andrew Kessler-Cleary
Supervisory U.S. Probation Officer

Respectfully submitted,

*/s/ April Hansen*
by April Hansen
U.S. Probation Officer Assistant
Date: 6/18/2026

**THE COURT ORDERS**
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] Other

Honorable Myong J. Joun
U.S. District Judge

Date